IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZYTAX, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2582 |
| | § | |
| GREEN PLAINS RENEWABLE ENERGY, INC., | § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' stipulation and motion, this case, including claims and counterclaims, is dismissed with prejudice. Each party is to bear its own costs and fees. This is a final judgment.

SIGNED on May 23, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge